UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA A. and GERALD J. BUDNER and MARIE ACKERMAN, individually and on Behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 03 C 2100 |
| WELLNESS INTERNATIONAL NETWORK, LTD., a/k/a WIN, et al., | § § § § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a), Plaintiffs, Debra A. and Gerald J. Budner and Marie Ackerman file this Stipulation of Dismissal with Prejudice, and hereby request that the Court dismiss this action with prejudice. On March 15, 2007, District Judge Ed Kinkeade of the United States District Court for the Northern District of Texas dismissed with prejudice all claims asserted by Plaintiffs.[1]

Plaintiffs no longer desire to pursue this matter, and ask this Court to enter the proposed order attached to this Joint Motion to Dismiss. Defendants do not oppose the relief sought by Plaintiffs in this stipulation.

---

[1] *Budner v. Wellness Int'l Network, Ltd., et al.*, civil action no. 3:06-CV-0329 (N.D. Tex. – Dallas), Memorandum Opinion and Order, March 15, 2007 [Document No. 35].

Respectfully submitted,

By:   <u>John G. Jacobs</u>
      John G. Jacobs
      One of the attorneys for Plaintiffs

John G. Jacobs
The Jacobs Law Firm, Chtd.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
(312) 427-4000
Fax: (312) 427-1850

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has conferred with John F. Martin, counsel for Defendants, and that Mr. Martin is unopposed to this Motion to Dismiss with Prejudice.

<u>John G. Jacobs</u>
John G. Jacobs

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of May, 2007, a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with Rule 5 of the Federal Rules of Civil Procedure:

John F. Martin
Gruber Hurst Johansen & Hail LLP
Fountain Place
1445 Ross Avenue, Suite 4800
Dallas, Texas 75202

<u>John G. Jacobs</u>
John G. Jacobs