UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBRA A. and GERALD J. BUDNER and MARIE ACKERMAN, individually and on Behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLNESS INTERNATIONAL NETWORK, LTD., a/k/a WIN, et al.,<br><br>Defendants. | § § § § § § § § § § § § § | No. 03 C 2100 |

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Before the Court is an Unopposed Motion to Dismiss with Prejudice. The Court hereby GRANTS the Motion.

It is hereby ORDERED, ADJUDGED, and DECREED that all of Plaintiffs' claims against Defendants, Wellness International Network, Ltd., WIN Network, Inc., Ralph Oats, Cathy Oats, and Sheri Matthews are hereby dismissed with prejudice.

By agreement of the parties, taxable costs of court will not be assessed against Plaintiffs.

**IT IS SO ORDERED.**

Signed this 30th day of May, 2007.

THE HONORABLE JAMES B. MORAN
UNITED STATES DISTRICT JUDGE